

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

ALAN H. SCHEINER
*Senior Counsel*
Phone: (212) 356-2344
Fax: (212) 356-3509
ascheine@law.nyc.gov

March 16, 2020

**BY ECF**

Hon. Mary Kay Vyskocil
Southern District of New York
Daniel Patrick Moynihan Courthouse, Courtroom 18C
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2020
```

**Re:** *Enriquez, Diangelo v. City of New York, et al.*
17-CV-4293 (VSB)

Your Honor:

I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and am assigned to the defense of the above-referenced matter. Defendants write to respectfully request an extension from Noon to 5 p.m. today for submission of the parties' joint status letter in anticipation of the initial conference. Plaintiff's counsel consents to this request.

Both parties have drafted portions of their joint status letter and intend to submit it as soon as possible today. Additional time is required, however, for defendants to finalize their comments and additions to the letter because of delays arising from the COVID-19 public health emergency and the Law Department's mobilization to utilize remote work wherever possible. There are numerous technical and administrative issues requiring attention due to this transition. Defendants regret the inconvenience to the Court.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,

*Alan H. Scheiner* /s/

Alan H. Scheiner
Senior Counsel
Special Federal Litigation Division

**Granted. SO ORDERED.**

Date: 3/16/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge