```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC #:
                                                DATE FILED: 3/16/2020
```

| | |
|---|---|
| DIANGELO ENRIQUEZ, | |
| Plaintiff, | |
| -against- | 1:17-cv-04293-MKV |
| THE CITY OF NEW YORK, et al., | ORDER |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

It is hereby ORDERED that the Post-Discovery Conference scheduled to take place on Thursday, March 19, 2020 is adjourned to May 6, 2020 at 10:30AM. No later than April 28, 2020, the parties should file (i) a joint status letter of no more than 3 pages, and (ii) any pre-motion letters in accordance with the Court's Individual Rules of Practice in Civil Cases, available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil.

**SO ORDERED.**

Date: March 16, 2020
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**