# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016-1601

CYNTHIA ROLLINGS
JONATHAN MOORE
KAREN L. DIPPOLD
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
MARJORY D. FIELDS
JOSHUA S. MOSKOVITZ
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

May 11, 2020

REF: **97000.016**

WRITER'S DIRECT DIAL:
212-277-5825

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2020

**VIA ECF ONLY**

Hon. Mary Kay Vyskocil
Southern District of New York
Daniel Patrick Moynihan Courthouse, Courtroom 18C
500 Pearl Street
New York, NY 10007

**Re:** *Enriquez, Diangelo v. City of New York, et al.*
**17-CV-4293 (MKV)**

Your Honor:

I am counsel for Mr. Enriquez, the plaintiff in the above captioned matter. I write the court to move the conference presently scheduled for June 17, 2020 at 11:00 am. This is the first request for this relief and the defendants consent to this request.

The basis for this request is the undersigned is scheduled to be engaged in an oral argument at 10:30 am on June 17th, in *Maradiaga et al. v. City of New York et al.*, 16-cv-08325 before Judge Daniels on cross summary judgment motions. The undersigned, and I understand the defendants' counsel, are generally available for this conference, with the exception of that particular morning.

We thank Your Honor for considering this request.

Respectfully submitted,

David B. Rankin

The conference is adjourned to June 24, 2020 at 11:30AM. The Parties should submit the joint status letter as set forth in ECF #76 on or before June 17.

Date: 5/12/2020
New York, New York

Mary Kay Vyskocil
United States District Judge