UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANGELO ENRIQUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2020

1:17-cv-04293 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court held a telephonic Status Conference in this case on July 22, 2020. All parties were represented at the conference by counsel. As discussed at the Conference,

    IT IS HEREBY ORDERED that Plaintiff must provide outstanding medical releases by July 31, 2020.

    IT IS FURTHER ORDERED that Defendants must produce documents or information relating to the five categories of information they have agreed to provide as enumerated on Page 2 of ECF #81 by August 7, 2020.

    IT IS FURTHER ORDERED that to the extent the Parties have any outstanding discovery disputes, letter motions to compel information must be filed by no later than August 28, 2020. Letter Oppositions to any such motions must be filed by September 9, 2020.

    IT IS FURTHER ORDERED that a Post-Discovery Conference will be held on January 6, 2021 at 11:00AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Counsel are instructed to review the Court's Individual Practices regarding submissions in advance of that conference.

    The Parties are instructed to negotiate in good faith to resolve any outstanding disputes and to schedule depositions. All prior discovery deadlines remain in effect. Those deadlines and the deadlines memorialized herein will not be extended.

As the parties were admonished and acknowledged at the July 22 Conference, failure to comply with the deadlines set forth in this order or prior scheduling orders may result in sanctions, including preclusion at trial of information not provided or dismissal of claims or defenses.

**SO ORDERED.**

**Date:  July 22, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**