UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Diangelo Enriquez,<br><br>                    Plaintiff,<br><br>         -against-<br><br>City of New York, et al.,<br><br>                    Defendants. | 1:17-cv-04293 (MKV)(SDA)<br><br>ORDER SCHEDULING TELEPHONIC<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, September 17, 2020 at 2:30 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:   New York, New York
         July 31, 2020

                                                         _____
                                                         STEWART D. AARON
                                                         United States Magistrate Judge