**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016-1601

CYNTHIA ROLLINGS
JONATHAN MOORE
KAREN L. DIPPOLD
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
MARJORY D. FIELDS
JOSHUA S. MOSKOVITZ
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

September 9, 2020

REF: 97000.016

WRITER'S DIRECT DIAL:
212-277-5825

**VIA ECF ONLY**

Hon. Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020

**Re:** *Enriquez, Diangelo v. City of New York, et al.*
**17-CV-4293 (MKV)(SDA)**

Your Honor:

    I am among counsel for Mr. Enriquez, the plaintiff in the above captioned matter. The parties jointly come before Your Honor to request an additional 24 hours to submit our letters in anticipation of the settlement conference scheduled for September 17, 2020 at 2:30 p.m. Presently, our pre-conference letters are due to Your Honor tomorrow, September 10th, if this request is granted, they would be to Your Honor by September 11th. This is the first request for this relief.

    The basis for this request is that the undersigned's childcare obligations this week have been different than we had hoped, which has meant that the undersigned has been unable to actually be in the office so far this week. The import of this is that the notes associated significant sections of this case are in the office. Additionally, the defendants have produced electronic discovery this afternoon, which the undersigned has not yet had a chance to review. An additional 24 hours should be sufficient to overcome both of these obstacles.

    Thank you for considering these matters.

Respectfully submitted,

David B. Rankin

Request GRANTED. SO ORDERED.
Dated: 9/10/2020