UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2020
```

DIANGELO ENRIQUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, CHARLES HIRSCH, BARBARA SAMPSON, DIANA HO, CHRISTOPHER KAMNICK, and DOES 1-2,

                Defendants.

1:17-cv-04293-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

It has been reported to this Court by Magistrate Judge Stewart D. Aaron that the Parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 23, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: September 22, 2020
New York, NY

                                          *Mary Kay Vyskocil*
                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**